# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MENCHACA, ) | NO. 1:09-cv-01461-GSA-PC |
| ) | |
| Plaintiff, ) | ORDER DISMISSING ACTION |
| ) | FOR FAILURE TO PROSECUTE |
| v. ) | |
| ) | |
| JAMES YATES, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    On January 6, 2010, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint. Plaintiff failed to do so, and on February 8, 2010, an order was entered, dismissing this action. On the same date, February 8, 2010, Plaintiff filed a motion for extension of time in which to file an amended complaint.

    On September 16, 2010, an order was entered, finding that Plaintiff made a showing that he placed his motion in the prison's mail system on February 4, 2009, two days prior to the deadline for filing an amended complaint. Houston v. Lack, 487 U.S. 266, 270 (1988). Plaintiff was therefore granted a thirty day extension of time in which to file an amended complaint. Plaintiff was specifically cautioned that his failure to file an amended complaint within thirty days would result in the dismissal of this action pursuant to Local Rule 110 for

1  failure to prosecute.  The thirty day period in which to file an amended complaint has passed, and
2  Plaintiff has not filed an amended complaint, or any other response to the order of September 16,
3  2010.
4      Accordingly, IT IS HEREBY ORDERED that this action is dismissed for Plaintiff's
5  failure to prosecute pursuant to Local Rule 110.  The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 2, 2010**            **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE

2